**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Leng T., | Case No. 25-CV-4758 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Marco Rubio, in his capacity as Secretary of State of the United States; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in her official capacity as Attorney General of the United States; David Easterwood, in his official capacity as Acting Director, St. Paul Office, U.S. Immigration and Customs Enforcement; and Ryan Shea, in his official capacity as Sheriff of Freeborn County, Minnesota, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1.     Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Leng T. by no later than January 6, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.     Respondents' answer should include:

1

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 13, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: December 23, 2025

*s/Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge

2