**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Leng T.,

Petitioner,

v.

Donald J. Trump, *in his official capacity as President of the United States*; Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Marco Rubio, *in his capacity as Secretary of State of the United States*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in her official capacity as Attorney General of the United States*; David Easterwood, *in his official capacity as Acting Director, St. Paul Office, U.S. Immigration and Customs Enforcement*; and Ryan Shea, *in his official capacity as Sheriff of Freeborn County, Minnesota*,

Respondents.

Case No. 25-cv-04758 (ECT/ECW)

**REPORT AND RECOMMENDATION**

---

This matter is before the Court on Petitioner Leng T.'s Petition for Writ of Habeas Corpus (Dkt. 1). This case has been referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Petitioner, who was subject to a final order of removal, filed this Petition on December 23, 2025, arguing, among other things, that his detention by immigration authorities was unlawful because the Government had not shown that he could be

removed in the reasonably foreseeable future. (*See* Dkt. 1 ¶ 97.) The Government's response indicated that given a recent change in circumstances, Petitioner's removal was likely in the reasonably foreseeable future. (Dkt. 5 at 2-3; *see also* Dkts. 11, 13.)

On March 15, 2026, Petitioner was removed from the United States. (Dkt. 15.) Accordingly, the Court recommends that the Petition be denied as moot.

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS RECOMMENDED** that the Petition (Dkt. 1) be **DENIED** as moot and that this action be **DISMISSED**.

Dated: August 26, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).