UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Leng T.,

Petitioner,

v.

Donald J. Trump, *in his official capacity as President of the United States*; Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Marco Rubio, *in his capacity as Secretary of State of the United States*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in her official capacity as Attorney General of the United States*; David Easterwood, *in his official capacity as Acting Director, St. Paul Office, U.S. Immigration and Customs Enforcement*; and Ryan Shea, *in his official capacity as Sheriff of Freeborn County, Minnesota*,

Respondents.

File No. 25-cv-4758 (ECT/ECW)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on August 26, 2026. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED**;

2. Petitioner Leng T.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

3. This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court