# UNITED STATES DISTRICT COURT
## District of Minnesota

Leng Thao,

Petitioner,

v.

Donald J. Trump, Markwayne Mullin, Marco Rubio, David Venturella, Todd Blanche, David Easterwood, Ryan Shea,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4758 ECT/ECW

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 16] is **ACCEPTED**;

2. Petitioner Leng T.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

3. This action is **DISMISSED**.

Date: 9/17/2026

KATE M. FOGARTY, CLERK